IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 3:18-cv-00113 |
| COUNCIL ON ENVIRONMENTAL QUALITY, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE

Per the Court's Order of January 10, 2019 (ECF Doc. 7), the undersigned notifies the Court that on Friday, January 25, 2019, a continuing resolution was approved funding the Department of Justice through February 15, 2019.

The United States Attorney's Office for the Western District of Virginia has resumed normal operations as of Monday, January 28, 2019.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

Date:  January 29, 2019

*/s/ Justin Lugar*
Justin Lugar
Assistant United States Attorney
Virginia State Bar No. 77007
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail:  justin.lugar@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, I caused a true copy of the foregoing Notice to be electronically filed with the Clerk of the Court using the CM/ECF system which will provide copies to all counsel of record.

/s/ Justin Lugar
Justin Lugar
Assistant United States Attorney