IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

No. 3:18-cv-00113-GEC

| | |
|---|---|
| SOUTHERN ENVIRONMENTAL LAW CENTER<br><br>    Plaintiff,<br><br>v.<br><br>COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>    Defendant. | **MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Div. P. 56, Plaintiff the Southern Environmental Law Center ("SELC") respectfully moves for summary judgment on all claims for relief in SELC's Complaint, and against Defendant Council on Environmental Quality ("CEQ"). For the reasons set forth in detail in the accompanying Memorandum in Support of this Motion for Summary Judgment, SELC respectfully submits that the undisputed facts establish that CEQ violated the Freedom of Information Act ("FOIA") by failing to respond timely and fully to a FOIA request and provide the requested documents in an expeditious fashion, and SELC is entitled to judgment as a matter of law.

Specifically, SELC moves for summary judgment on the following claims, as explained in detail in its Memorandum in Support of this Motion:

  1.  CEQ is violating FOIA by withholding public documents and failing to make them "promptly available."

  2.  CEQ has not invoked exceptional circumstances.

THEREFORE, SELC respectfully requests that the Court enter an order granting summary judgment in its favor and against CEQ; and directing CEQ to timely and fully respond to SELC's updated FOIA request submitted September 5, 2018.

Respectfully submitted, this 13th day of December, 2019.

/s/ Kimberley Hunter
Kimberley Hunter – NC Bar No. 41333 (*pro hac vice*)

/s/ Morgan Butler
Morgan Butler– VA Bar No. 70409

SOUTHERN ENVIRONMENTAL LAW CENTER
201 West Main Street, Suite 14
Charlottesville, VA 22902-5065
Telephone: (434) 977-4090
Facsimile: (434) 977-1483
mbutler@selcva.org

601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516-2356
Telephone: (919) 967-1450
Facsimile:  (919) 929-9421
khunter@selcnc.org

*Attorneys for Plaintiff Southern Environmental Law Center*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 13th day of December, 2019, I served the foregoing on the party below by electronically filing it with the Clerk of Court on this date using the CM/ECF system, which will sent notification of such filing to, and pursuant to Local Civil Rule 7(g)(3) shall constitute service upon, the following:

Justin Lugar
Assistant United States Attorney
P.O. Box 1709
Roanoke, VA 24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
Email: justin.lugar@usdoj.gov

                                              /s/ Kimberley Hunter
                                              Kimberley Hunter
                                              Southern Environmental Law Center