# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE FOR CHARLOTTESVILLE DIVISION

**Southern Environmental Law Center**

**vs.**

**Council on Environmental Quality**

Action No:   3:18CV113

Date:   March 9, 2020

Judge:   Hon. Glen Conrad

Court Reporter:   JoRita Meyer

Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)                    Defendant Attorney(s)

Kimberly Hunter, Esq.                    Justin Lugar, Esq.
Morgan Butler, Esq.                      Jeff Clark, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:                    DEFENDANT:

None                                     None

PROCEEDINGS:
Parties present for oral argument on Motion for Preliminary Injunction [27] by Southern
Environmental Law Center on 2/13/2020.   Oral Argument.

Time in Court:   1:08-2:01 pm   53 mins