# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**SELC**

vs.

**DEQ**

Action No:   3:18-cv-00113

Date:   October 21, 2020

Judge:   Hon. Glen Conrad

Court Reporter:   Mary Butenschoen

Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)
Maia Hutt, Esq.
Kim Hunter, Esq.

Defendant Attorney(s)
Justin Lugar, Esq.
Laura Rottenborn, Esq.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:
Parties present telephonically by counsel on record for status conference re: Vaughn index.

Discussion by parties/Remarks by Court – Memorandum to issue.

Time in Court:   4:02-4:24 pm   22 mins.